UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PREFERRED MUTUAL INSURANCE    )
COMPANY,                      )
       Plaintiff           )
                              )
       v.                  ) C.A. NO. 13-30138-MAP
                              )
LEONARD C. LODIGIANI, ET AL., )
       Defendants          )

<u>SCHEDULING ORDER RE: PLAINTIFF'S
MOTION FOR JUDGMENT ON THE PLEADINGS</u>

December 17, 2013

**PONSOR, U.S.D.J.**

    Counsel appeared for argument on Plaintiff's Motion for Default Judgment (Dkt. No. 19), Defendant Yildirum's Motion to Set Aside Default (Dkt. No. 33), Plaintiff's Motion for Judgment on the Pleadings (Dkt. No. 37), and Defendant Yildrium's Motion to Strike (Dkt. No. 43) on December 16, 2013. Following argument, the court has denied Plaintiff's Motion for Default Judgment, allowed Defendant Yildrium's Motion to Set Aside Default, denied without prejudice Plaintiff's Motion for Judgment on the Pleadings, and denied Defendant's Yildrirum's Motion to Strike. This memorandum will set forth a brief schedule to allow the court to make a ruling on any renewed motion by Plaintiff for judgment on the pleadings.

    The court orders as follows:

**1.  Counsel will complete limited discovery relating to Plaintiff's argument that the insurance policy at issue in this case was rescinded when Defendant Lodigiani cashed the check given to him by Plaintiff as a refund of his premium, on or before February 18, 2014.**

**2.  On or before February 21, 2014, the parties will submit a joint status report, or if there is disagreement, individual status reports, setting forth a proposed schedule for the filing of a renewed motion for judgment on the pleadings or summary judgment by Plaintiff, or further discovery if needed.**

**3.  Once the court receives the status report or reports, it will establish a schedule for completion of pretrial proceedings as necessary.**

**It is So Ordered.**

　　　　　　　　　　　　　　　　　 /s/ Michael A. Ponsor
　　　　　　　　　　　　　　　　MICHAEL A. PONSOR
　　　　　　　　　　　　　　　　United States District Judge