UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PREFERRED MUTUAL INSURANCE COMPANY, Plaintiff | )<br>)<br>) |
| v. | )   CIVIL ACTION NO. 13-CV-30138-MAP |
| LEONARD C. LODIGIANI, EVINS BRANTLEY, C.K. NOMINEE TRUST, FREDERICK G. WOHLERS, and ADNAN YILDIRIM, Defendants | )<br>)<br>)<br>)<br>) |

MOTION FOR DEFAULT JUDGMENT AS TO DEFENDANTS LEONARD LODIGIANI, EVINS BRANTLEY, FREDERICK G. WOHLERS, AND ADNAN YILDIRIM

Now comes the Plaintiff, Preferred Mutual Insurance Company, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, for the entry of a judgment by default against the defendant. In support of this request, relies upon the record in this case and the affidavit submitted herein.

The Plaintiff files herewith a proposed form of Judgment as to these Defendants.

WHEREFORE, the Plaintiff respectfully request the Court enter a default judgment as to the Defendants Lodigiani, Brantley, Wohlers and Yildirim, granting the Plaintiff the judicial declaration of rights sought in the Plaintiff's Complaint.

*DENIED, without prejudice. The default against Defendant Yildirim has been vacated. The court will postpone entry of judgment against Defendants Lodigiani, Brantley, and Wohlers pending disposition of the case against C.K. Nominee Trust and Yildirim. So ordered.*

*Michael P. Ponsor USDJ 12·17·13*

PREFERRED MUTUAL INSURANCE
COMPANY, Plaintiff

By /s/ John B. Stewart
JOHN B. STEWART (BBO #551180)
MURPHY & MANITSAS, LLP
20 Maple Street, Suite 301
Springfield, MA 01103
Ph. (413) 733-4402 x105
Fax (413) 733-4403
E-mail: TheTrialer@aol.com