UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PREFERRED MUTUAL INSURANCE          )
COMPANY, Plaintiff,                 )
                                    )
v.                                  )          CIVIL ACTION NO. 3:13-cv-30138-MAP
                                    )
LEONARD C. LODIGIANI, EVINS C.      )
BRANTLEY, C&K II, LLP,              )
FREDERICK G. WOHLERS, and           )
ADNAN YILDIRIM, Defendants.         )

## DEFENDANT, ADNAN YILDIRIM'S, MOTION TO STRIKE AFFIDAVIT OF RAYMOND S. KAGELS

Now comes the defendant, Adnan Yildirim, who moves this Court for an Order to Strike

the Affidavit of Raymond S. Kagels (Document 38). The defendant, Yildirim acknowledges that

the Court has not yet acted upon the Motion To Set Aside Default as of this date but respectfully

requests that this Court consider this motion to Strike the affidavit of Raymond S. Kagels. As

grounds for this motion, the defendant states that the affidavit is made upon "information and

belief" and contains hearsay and does not meet the requirements of Fed.R.Civ.P. 56(e). The

defendant refers to the memorandum filed in support of this motion.

*DENIED as moot, since substitute affidavits have been filed. So ordered.*

*Michael A. Poum USDJ    12·17·13*

THE DEFENDANT,
ADNAN YILDIRIM,
By his Attorney:

/s/ John A. Girouard
John A. Girouard, Esquire   BBO No. 637939
Hassett & Donnelly, P.C.
446 Main Street, 12th Floor
Worcester, MA 01608
(508) 791-6287

Date: November 7, 2013