UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**PREFERRED MUTUAL INSURANCE COMPANY,**
**Plaintiff**

**v.** ) **C.A. NO. 13-30138-MAP**

**LEONARD C. LODIGIANI, ET AL.,**
**Defendants**

MEMORANDUM AND ORDER REGARDING
DEFENDANT C&K II'S MOTION
FOR CLARIFICATION AND MODIFICATION
(Dkt. No. 65)

March 12, 2014

PONSOR, U.S.D.J.

Counsel appeared for argument on various pending motions in this case on December 16, 2013. Following argument, the court ruled on the motions and, on December 17, 2013 issued a scheduling order regarding Plaintiff's Motion for Judgment on the Pleadings, which had been denied without prejudice. See Dkt. No. 56. This scheduling order was directed at discovery relating to an issue which counsel now agree is out of the case. Plaintiff had initially taken the position that "a mutual recision" of the insurance policy in question had occurred based upon the action of Defendant Lodigiani in cashing a check issued to him by Plaintiff. Plaintiff now concedes that this defense is barred by Mass. Gen. Laws ch.

175, § 112.

Defendant C&K II, LLP has filed a Motion for Clarification and Modification of the December 17, 2013 order (Dkt. No. 65). Moreover, Defendant has indicated in a status report (Dkt. No. 67) that it wishes now to file a cross-claim against co-defendant Lodigiani and proceed with discovery on the case as originally configured and on the new cross-claim. Plaintiff objects to this approach.

At this stage in the litigation, and given the very different issues involved in the two causes of action, the court will not permit Defendant C&K II to file a cross-claim against co-defendant Lodigiani in this case. Of course, C&K II will be free to pursue its claims against Lodigiani in separate litigation.

Based on this, Defendant C&K II's Motion for Clarification and Modification (Dkt. No. 65) is hereby ALLOWED. The court orders as follows:

1. All remaining discovery with regard to the case as currently configured will be completed on or before May 30, 2014.

2. Counsel will appear again for a status conference on June 4, 2014 at 3:00 p.m. At that time, the court will take up possible further dispositive motions, mediation, or a final schedule for trial.

**It is So Ordered.**

**/s/ Michael A. Ponsor**
**MICHAEL A. PONSOR**
**United States District Judge**