Exhibit 2

## *BURSTEIN LAW OFFICES, P.C.*
ATTORNEYS AT LAW
1331 EAST COLUMBUS AVENUE
SPRINGFIELD, MASSACHUSETTS 01105

TELEPHONE 734-6421
AREA CODE 413
FAX 731-6924

DAVID H. BURSTEIN*
JEFFREY A. BURSTEIN*

MERWYN J. BURSTEIN
   (1938 - 2003)

*also licensed in Connecticut

April 16, 2015

Leonard C. Lodigiani
594 Parker Street
East Longmeadow, MA 01028

RE: PMIC v. Lodigiani et als.

## INVOICE

| Date | Description | Hours |
|---|---|---|
| 4/22/13 | Phone conference with Client | 0.2 |
| 4/23/13 | E-mail conversation w/client's daughter | 0.2 |
| 4/23/13 | Phone calls with Atty. Stewart to schedule EUO | 0.2 |
| 4/29/13 | Meeting with Client | 1.2 |
| 5/1/13 | EUO @ Atty. Stewart's office | 2.0 |
| 5/2/13 | Reviewed Exhibits from EUO | 1.5 |
| 6/20/13 | Phone Conf. with Client | 0.5 |
| 6/21/13 | 2nd EUO @ Atty. Stewart's office | 2.0 |
| 7/25/13 | Reviewed DJ Complaint and Exhibits | 1.5 |
| 7/29/13 | Reviewed PMIC Letter and Complaint w/Client | 1.0 |
| 7/30/13 | E-Mail conversation w/Atty.Stewart | 0.2 |
| 10/9/13 | E-mail conversations with Client | 0.2 |
| 10/15/13 | Meeting with Client and his daughter. Discussed options. | 0.5 |

| Date | Description | Hours |
|---|---|---|
| 5/14/14 | E-mails and phone calls re: client's deposition | 0.4 |
| 7/17/14 | Discussion with Client about fighting DJ case | 0.2 |
| 10/2/14 | Reviewed 93A letter of Acadia Insurance to PMIC | 0.8 |
| 1/20/15 | Phone Conf. with Atty. Zelle | 0.2 |
| 1/29/15 | Review of scheduling order in DJ case | 0.4 |
| 2/10/15 | Phone Conf. with Attys Zelle and Girard | 0.4 |
| 2/11/15 | Reviewed e-mail from Atty. Girard | 0.2 |
| 2/24/15 | Drafted 93A letter to PMIC | 2.0 |
| 2/25/15 | Mailed 93A Letter - Return Receipt Requested | 0.2 |
| 2/26/15 | Reviewed Atty. Zelle e-mail | 0.2 |
| 3/2/15 - 3/3/15 | E-mails scheduling Client's Deposition | 0.6 |
| 3/3/15 | Reviewed and summarized depositions of Kagels, Griffin and Grundstrom | 8.0 |
| 3/4/15 | Reviewed plaintiff's document production (21 items) | 6.5 |
| 3/4/15 | Reviewed Depo Notice from Atty. Zelle | 0.2 |
| 3/4/15 | Met with Client to prepare affid & review case | 1.5 |
| 3/5/15 | Review of the docket in the DJ case and review of filings | 4.0 |
| 3/5/15 | Drafted Motion to Set Aside Default and File Answer Late With Memorandum of Law | 3.0 |
| 3/6/15 | Review of documents filed in the DJ case, Filed appearance. Reviewed Procedural Order. | 8.0 |
| 3/9/15 | Reviewed PTC Notice | 0.2 |
| 3/9/15 | Reviewed Motion for Protective Order | 0.2 |
| 3/9/15 | E-mail exchange with Atty. Stewart | 0.2 |
| 3/12/15 | E-mails and phone calls regarding Defendants' Portion of Joint PTC Memo | 2.0 |
| 3/13/15 | Conf. Call re: Joint Pre-Trial Memo | 0.5 |

Lodigiani Invoice - Page 3

| Date | Description | Hours |
|---|---|---|
| 3/15/15 | Reviewed and joined in Motion to Continue PTC | 0.5 |
| 3/17/15 | Review of Order continuing PTC to 3/30/15 | 0.2 |
| 3/17/15 | Review of Atty. Girard e-mail re: Atty Doyle Subpoena | 0.2 |
| 3/26/15 | E-mails with Atty. Perkins re: his attendance at client depo | 0.6 |
| 3/27/15 | Conf. Call with Attys. Zelle and Girard | 0.8 |
| 3/28/15 | Reviewed Motion to Quash Subpoena of Atty Doyle | 0.5 |
|  | Review & Comment on Opposition to Motion | 0.5 |
| 3/29/15 | Meeting with Client | 1.5 |
| 3/29/15 | Phone Conf. with Attys. Zelle & Girard | 1.0 |
| 3/30/15 | Prep and Deposition of Client @ Morrison Mahoney | 4.0 |
| 3/30/15 | Attendance at Final PTC | 1.5 |
| 3/30/15 | Reviewed Court's Order on Motion to Set Aside Default. Reviewed Order on Motion to Quash. Reviewed Procedural Trial Order. | 0.8 |
| 3/31/15 | Reviewed e-mails regarding proposed jury instructions, Trial exhibits, motions in limine | 3.0 |
| 4/1/15 | Prepared Defendant's Answer and Counterclaim | 3.0 |
| 4/1/15 | Reviewed and commented on Motion for unredacted Claims notes. | 1.0 |
| 4/1/15 | Drafted Defendant's Statement of the Case | 1.0 |
| 4/1/15 | Reviewed Final Trial Exhibits | 2.0 |
| 4/2/15 | Reviewed witness list. Prepared Voir Dire questions. Finalized Statement of the case. Reviewed plaintiff's Filings and motions. Conf. with Attys. Zelle & Girard | 5.0 |
| 4/3/15 | Reviewed the case pleadings, discovery documents And Motions. | 6.0 |
| 4/4/15 | Prepared draft of opening statement | 3.0 |
| 4/5/15 | Revised & finalized opening statement | 1.0 |

Lodigiani Invoice – Page 4

| Date | Description | Hours |
|---|---|---|
| 4/5/15 | Reviewed client's recorded statements, EUOs and Depo | 3.0 |
| 4/5/15 | Prepared for Cross-Exam of Client during Plaintiff's Case | 2.0 |
| 4/6/15 | Trial Day 1 – Client at Office at 8 AM – 4:30 PM | 8.5 |
| 4/6/15 | Rehearsed Opening Statement. Phone Conf. w/Client | 1.5 |
| 4/7/15 | Trial Day 2 – Client at Office at 8 AM – 5:00 PM | 9.0 |
| 4/7/15 | Re-read Kagels & Griffin Depositions. | 2.0 |
| 4/8/15 | Trial Day 3 – Client at Office at 8 AM – 4 PM | 8.0 |
| 4/8/15 | Prepared Closing Arguments & Reviewed and Researched Jury instructions and special verdict form. | 4.5 |
| 4/9/15 | Trial Day 4 – 9 AM – 3 PM | 6.0 |
| 4/15/15 | Research – Motion for Attorney's Fees | 2.0 |
| 4/16/15 | Draft Motion and Memo in support of Atty. Fees | 3.0 |

Total Hours   137.7

Less Hours spent on 93A Case (2/24/15, 2/25/15, and one hour on 4/1/15)   – 3.2

Hourly Billing for Declaratory Judgment Case . . . . . . . . . 134.5

Legal Bill = 134.5 hours X $325.00/hr = $ 43,712.50